**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DEYLER HAROLDO GARCIA PINTO, | ) | |
| | ) | |
| Plaintiff, | ) | 3:26-CV-01693-MJH |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN RIFE, et al., | ) | |
| | ) | |
| Respondents, | ) | |

**ORDER**

Respondents have filed a Response to Petition for Writ of Habeas Corpus representing that Petitioner had a bond hearing before an Immigration Judge on October 13, 2026. ECF No. 8. Petitioner was granted release on bond. Petitioner's request for a Writ of Habeas Corpus (ECF No. 1) must therefore be dismissed as moot because Petitioner received the relief the Court tentatively intended to grant. *See* Case Mgmt. Order, ECF No. 5. Accordingly, IT IS HEREBY ORDERED that the petition is dismissed, without prejudice, as moot. The Clerk of Court is directed to mark this case as closed.

BY THE COURT:

DATED: October 26, 2026

_ s/*Marilyn J. Horan* _
Marilyn J. Horan
United States District Judge